## The People of the State of Illinois, Defendant in Error, v. Charles E. Barnes, Plaintiff in Error.

### Gen. No. 11,539.

Second District, First Division.

March 2, 1962.

Miller, Thomas, Hickey & Collins, all of Rockford, for appellant; William R. Nash (State's Attorney) of Rockford, for appellee. Opinion by JUDGE SMITH. Not to be published in full.